# Exhibit 7

**Exhibit No. 7**

**Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem[1]**

     Infringing products including Xylem's Sensus-branded load control switches having demand response functionality (including the TC240RAC-S ("The Xylem LCM") and the VantagePoint Lighting Control Module) and Xylem's load management software and network platform solutions (including Xylem's FlexNet Demand Response communication network and "Sensus Analytics" and "Electronic Device Manager" software suites ("FlexNet")) (the "Accused Products") infringe each element of the Asserted Claims of U.S. Patent No. 10,394,268 (the "'268 Patent"). Further, Xylem instructs its customers (including consumers and utilities) regarding the use of the Accused Products to enable the use of the features identified throughout this chart. Xylem intends and instructs that its customers use these features in a manner that practices each element of the Asserted Claims. Plaintiff contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.

---

[1] This claim chart is based on the information currently available to Plaintiff and is intended to be exemplary in nature. Plaintiff reserves all rights to update and elaborate its infringement positions, including as Plaintiff obtains additional information during the course of discovery.

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| 1[a]. A method for managing an electric power flow within an electric power grid, comprising: | The Accused Products are used to manage an electric power flow within an electric power grid. The Accused Products manage power flow within an electric power grid, for example by controlling the flow of electric power to power consuming devices (*e.g.*, heating, ventilation, and air conditioning ("HVAC") units, air conditioning ("A/C") units, furnaces, boilers, pool pumps, hot water heaters, etc.) in conjunction with demand response programs for reducing power consumption.<br><br><br><br>The Load Control Module (LCM) is a demand response (DR) technology that enables electric utilities to shed load by controlling power to energy-intensive appliances, such as HVAC units, pool pumps, water heaters and irrigation pumps.<br><br>Our model TC240RAC-S module is a multifunction switch for residential and commercial applications. It includes a high-power, two-watt radio for our FlexNet® communication network. The radio allows two-way direct, tower-to-LCM communication with no need for pairing to a meter or other device. The Sensus Load Control Module provides value on top of any FlexNet system deployment and it can be used at any home or business.<br><br>The TC240RAC-S is compact and hosts up to three control relays, including one 30 Amp 240VAC form "C" relay and two 1 Amp 24VAC relays. The form "C" relay can also be wired as a form "B" configuration for even more options. The relays operate based on the device classes selected in the software.<br><br>Sensus, Load Control Module Summary at 1.[2] |

---

[2] All emphases and annotations have been added unless otherwise noted.

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| 1[b]. a client device receiving a power control message from a load management server, | The Accused Products include a client device that receives power control messages (*e.g.*, demand response event messages) from a load management server (*e.g.*, Xylem server).<br><br><br><br>Sensus, Load Control Module Summary at 2. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| | ## Demand Response made easy<br><br>We've put together an ideal recipe for demand response success. By combining weather-tough load control modules with a robust communication network, the power to shed load is in your control. Our solution, and its user friendly software application, gives you the data visibility needed to schedule and manage demand response programs easily. You can shift high-energy items such as air conditioning units, pumps, heat pumps, water heaters and irrigation systems to off-peak hours. Ultimately by reducing production and purchasing costs, you can pass on the savings to customers by lowering prices for off-peak power usage.<br><br>You can deploy a DR solution anywhere over the FlexNet® communication network. The solution uses industry interoperability protocols,  integrating easily with existing utility systems and operations including:<br><br>• Advanced metering<br><br>• Meter data management<br><br>• Customer information<br><br>• Distribution automation<br><br>• Outage management<br><br>• Geospatial systems<br><br>Sensus, Control Peak Demand at 1. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| | <br>Sensus, Upgrading Legacy DR Systems to FlexNet at 6. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| | The Load Control Module (LCM) is a demand response (DR) technology that enables electric utilities to shed load by controlling power to energy-intensive appliances, such as HVAC units, pool pumps, water heaters and irrigation pumps. Our model TC240RAC-S module is a multifunction switch for residential and commercial applications. It includes a high-power, two-watt radio for our FlexNet® communication network. The radio allows two-way direct, tower-to-LCM communication with no need for pairing to a meter or other device. The Sensus Load Control Module provides value on top of any FlexNet system deployment and it can be used at any home or business. The TC240RAC-S is compact and hosts up to three control relays, including one 30 Amp 240VAC form "C" relay and two 1 Amp 24VAC relays. The form "C" relay can also be wired as a form "B" configuration for even more options. The relays operate based on the device classes selected in the software. Sensus, Load Control Module Summary at 1-2. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| 1[c]. the power control message indicating at least one of an amount of electric power to be reduced | The power control message (*e.g.*, demand response event message) received by the Accused Products indicates at least one of an amount of electric power to be reduced (*e.g.*, operating instructions for a demand response event).<br><br><br><br>Sensus, Conservation Voltage Reduction at 1. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| | **Demand Response made easy** We've put together an ideal recipe for demand response success. By combining weather-tough load control modules with a robust communication network, the power to shed load is in your control. Our solution, and its user friendly software application, gives you the data visibility needed to schedule and manage demand response programs easily. You can shift high-energy items such as air conditioning units, pumps, heat pumps, water heaters and irrigation systems to off-peak hours. Ultimately by reducing production and purchasing costs, you can pass on the savings to customers by lowering prices for off-peak power usage. You can deploy a DR solution anywhere over the FlexNet® communication network. The solution uses industry interoperability protocols,  integrating easily with existing utility systems and operations including: <br><br>• Advanced metering <br><br>• Meter data management <br><br>• Customer information <br><br>• Distribution automation <br><br>• Outage management <br><br>• Geospatial systems <br><br> Sensus, Control Peak Demand at 1. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---------|------------------|
| | Sensus Analytics: A superior network, intuitive software, incomparable results<br><br>**Results matter**<br><br>Analytics can help justify the move to AMI with ROI beyond billing efficiencies. Unlock the full value of your smart meter data with applications including:<br><br>• Distribution automation<br>• Asset optimization<br>• Demand forecasting and response<br>• Distributed grid resource management<br>• Tariff and rate analysis<br>• Load optimization<br>• Conservation voltage reduction<br>• Phase detection<br>• Theft detection<br>• Vegetation management<br>• Predictive maintenance<br><br><br><br>Sensus, Smart Gas Analytics. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| | <br>Sensus, Voltage Insight Application at 1. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| |  Sensus, Device Manager at 1. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| 1[d]. and an identification of at least one controllable device to be instructed to disable the electric power flow to at least one associated power consuming device; | The power control messages (*e.g.*, demand response event messages) identify the particular Accused Product's controllable device to be instructed to disable electric power flow to at least one associated power consuming device (*e.g.*, HVAC units, A/C units, furnaces, boilers, pool pumps, hot water heaters, etc.).  Sensus, Demand Response Demo. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| |  Sensus, Demand Response Demo. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---------|------------------|
|  | <br><br>Sensus, Introduction to Electric Device Manager; *see also* https://sensus-training.com/Flexnet_Introductory_Series/expanded_4.1/Introduction_4.1/05_Introduction_to_Electric_Device_Manager_4.1/presentation_html5.html (last visited July 22, 2021). |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| | <br><br>Sensus, Introduction to Electric Device Manager; *see also* https://sensus-training.com/Flexnet_Introductory_Series/expanded_4.1/Introduction_4.1/05_Introduction_to_Electric_Device_Manager_4.1/presentation_html5.html (last visited July 22, 2021). |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| | <br><br>Sensus, Introduction to Electric Device Manager; *see also* https://sensus-training.com/Flexnet_Introductory_Series/expanded_4.1/Introduction_4.1/05_Introduction_to_Electric_Device_Manager_4.1/presentation_html5.html (last visited July 22, 2021). |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| 1[e]. the client device issuing a power management command to the at least one controllable device, | The Accused Products' client device, upon receiving the power control message, issues a power management command to the Accused Products' controllable device. *See* limitation 1[c], above.<br><br><br><br>Sensus, Flexnet Load Control Module (LCM) Data Sheet. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| | <br><br>Sensus, Introduction to Electric Device Manager; *see also* https://sensus-training.com/Flexnet_Introductory_Series/expanded_4.1/Introduction_4.1/05_Introduction_to_Electric_Device_Manager_4.1/presentation_html5.html (last visited July 22, 2021). |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| 1[f]. the power management command causing the at least one controllable device to disable the electric power flow to the at least one associated power consuming device to provide a reduction in consumed power; and | The Accused Products' power management commands cause the Accused Products' controllable devices to disable the electric power flow to the at least one associated power consuming device (*e.g.*, heating and cooling HVAC units, furnaces, air conditioners, heat pumps, boilers, etc.) to provide a reduction in consumed power (*e.g.*, load reduction or energy savings).  *See* limitations 1[a] and 1[c], above.<br><br><br><br>Sensus, Load Control Module Summary at 2 |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---------|------------------|
| |  Sensus, Load Control Module Summary at 1. Sensus, Flexnet Load Control Module (LCM) Data Sheet. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| | <br><br>Sensus, Demand Response Demo. |

Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem

| Element | Accused Products |
|---------|------------------|
|  | <br><br>Sensus, Upgrading Legacy DR Systems to FlexNet at 8. |
| 1[g]. generating measurement and verification data corresponding to the reduction in consumed power. | The Accused Products and the Xylem network platform that operates with the Accused Products both generate measurement and verification data corresponding to the reduction in consumed power. *See* limitation 1[a], above. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
|  |  Sensus, Introduction to Electric Device Manager; *see also* https://sensus-training.com/Flexnet_Introductory_Series/expanded_4.1/Introduction_4.1/05_Introduction_to_Electric_Device_Manager_4.1/presentation_html5.html (last visited July 22, 2021). |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| | The Load Control Module (LCM) is a demand response (DR) technology that enables electric utilities to shed load by controlling power to energy-intensive appliances, such as HVAC units, pool pumps, water heaters and irrigation pumps.<br><br>Our model TC240RAC-S module is a multifunction switch for residential and commercial applications. It includes a high-power, two-watt radio for our FlexNet® communication network. The radio allows two-way direct, tower-to-LCM communication with no need for pairing to a meter or other device. The Sensus Load Control Module provides value on top of any FlexNet system deployment and it can be used at any home or business.<br><br>The TC240RAC-S is compact and hosts up to three control relays, including one 30 Amp 240VAC form "C" relay and two 1 Amp 24VAC relays. The form "C" relay can also be wired as a form "B" configuration for even more options. The relays operate based on the device classes selected in the software.<br><br>Sensus, Load Control Module Summary at 1-2. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---------|------------------|
| | Sensus, Smart Gas Analytics. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
|  | <br><br># Optimize Your Grid with the Right Size Voltage<br><br>Reliable power service is a top priority for you and your customers. So is a balanced and efficient system. Particularly during peak loads. By reducing strain on the grid and energy usage during peak events, you not only ensure adequate power generation—you can save money. That's why we developed the Conservation Voltage Reduction (CVR) solution.<br><br>Our CVR solution uses metrology, communications and analytics to monitor and manage real-time voltage data. This gives you the ability to reduce and optimize voltage across the distribution lines from substations to homes and businesses. It also helps you measure and maintain right-size voltage. So you don't have to rely on outside power sources for supplementary energy or pay substantial spot-market pricing.<br><br>## How does Conservation Voltage Reduction work?<br><br>We place bellwether meters, such as the Sensus Stratus IQ™ electricity meter, on distribution feeders throughout the service territory. These meters measure voltage and send one minute average voltage data through the FlexNet® communication network. Our analytics software, Voltage Insight, receives the data every five minutes so you have granular visibility.<br><br>Sensus, Conservation Voltage Reduction at 1. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---------|------------------|
|  | **What Right Size Voltage Means to You**<br><br>Sensus has developed a CVR solution that allows utilities to reduce their system demand during peak events. The ability to see voltage data and make adjustments in real time gives you unprecedented accuracy and control.<br><br>You can:<br><br>• Monitor and manage real-time voltage data using metrology, communications and analytics.<br><br>• Measure and optimize voltage across your entire distribution network from substations to homes and businesses.<br><br>• Ensure the proper level of service voltage is delivered to your customers.<br><br>• Reduce overall energy usage for your utility system through right size voltage.<br><br>• Save money with less need for in-house generation (larger utilities) or for purchased power (smaller utilities).<br><br>**Voltage Levels Backgrounder**<br><br>The nominal voltage for a residential home in the U.S. is 120 volts with an acceptable variation of +/- 5 percent (+/- 6 volts). Therefore a range between 114-126 volts is considered 'good' power supply.<br><br>Distribution feeders are supplied from the utility's electric substations. Voltage regulation is often managed through regulators located in the substations or out on the feeders. Impedance settings in the regulator controllers help correct the adjusted voltage on the feeder. This approach typically results in higher voltages at the beginning of the feeder and lower ones along the feeder as voltage drop occurs along the distribution lines (Figure 1).<br><br>Sensus, CVR Solution Brief at 1. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| | **How it Works**<br><br>The Sensus FlexNet® communication network uses voltage data from electricity meters working together as a feedback loop of actual values. The voltage information is measured in two ways. First, all of the meters on the feeder can be programmed to send voltage data into Sensus' head-end software (as part of their normal billing read). Second, Sensus meters have the added capability of calculating a one-minute average of voltage and frequently reporting those detailed values. These act as bellwether meters–1 to 2 percent of the electricity meters spread out over the distribution system. The combined approach provides additional voltage resolution for improved accuracy.<br><br>Utilities use the voltage data to identify which feeders are running with lower or higher voltage and can be adjusted. The data may also indicate which feeders are the best candidates for further CVR load reduction.<br><br><br>*Figure 2: Adjusted voltage drop using line regulator*<br><br>Sensus, CVR Solution Brief at 2. |

**Exhibit No. 7 - Claim Chart Showing Infringement of U.S. Pat. No. 10,394,268 by Xylem**

| Element | Accused Products |
|---|---|
| |  |

Sensus, CVR Solution Brief at 2.

Sensus, Conservation Voltage Reduction.

29