# Exhibit 8

**Exhibit No. 8**

**Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem[1]**

Infringing products including Xylem's Sensus-branded load control switches having demand response functionality (including the TC240RAC-S ("The Xylem LCM") and the VantagePoint Lighting Control Module) and Xylem's load management software and network platform solutions (including Xylem's FlexNet Demand Response communication network and "Sensus Analytics" and "Electronic Device Manager" software suites ("FlexNet")) (the "Accused Products") infringe each element of the Asserted Claims of U.S. Patent No. 10,396,592 (the "'592 Patent"). Further, Xylem instructs its customers (including consumers and utilities) regarding the use of the Accused Products to enable the use of the features identified throughout this chart. Xylem intends and instructs that its customers use these features in a manner that practices each element of the Asserted Claims. Plaintiff contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.

---

[1] This claim chart is based on the information currently available to Plaintiff and is intended to be exemplary in nature. Plaintiff reserves all rights to update and elaborate its infringement positions, including as Plaintiff obtains additional information during the course of discovery.

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
| 1[a]. A system for managing power on an electric power grid, comprising: | The Accused Products are a material and necessary component of, and are specifically designed to implement, the claimed system for managing electric power on an electric power grid, when installed and used as designed and as Xylem instructs, advertises and encourages both utilities and end users. The Accused Products manage power flow within an electric power grid to power consuming devices (*e.g.*, heating, ventilation, and air conditioning ("HVAC") units, air conditioning ("A/C") units, furnaces, boilers, pool pumps, hot water heaters, etc.) in conjunction with demand response programs for reducing power consumption.<br><br><br><br>The Load Control Module (LCM) is a demand response (DR) technology that enables electric utilities to shed load by controlling power to energy-intensive appliances, such as HVAC units, pool pumps, water heaters and irrigation pumps.<br><br>Our model TC240RAC-S module is a multifunction switch for residential and commercial applications. It includes a high-power, two-watt radio for our FlexNet® communication network. The radio allows two-way direct, tower-to-LCM communication with no need for pairing to a meter or other device. The Sensus Load Control Module provides value on top of any FlexNet system deployment and it can be used at any home or business.<br><br>The TC240RAC-S is compact and hosts up to three control relays, including one 30 Amp 240VAC form "C" relay and two 1 Amp 24VAC relays. The form "C" relay can also be wired as a form "B" configuration for even more options. The relays operate based on the device classes selected in the software.<br><br>Sensus, Load Control Module Summary at 1.[2] |

---

[2] All emphases and annotations have been added unless otherwise noted.

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
| | |
| 1[b]. at least one power consuming device, at least one controllable device, and at least one client device constructed and configured in network communication; | The Accused Products include a client device and a controllable device and manage power flow to power consuming devices (*e.g.*, HVAC units, A/C units, furnaces, boilers, pool pumps, hot water heaters, etc.) constructed and configured in network communication.  The Load Control Module (LCM) is a demand response (DR) technology that enables electric utilities to shed load by controlling power to energy-intensive appliances, such as HVAC units, pool pumps, water heaters and irrigation pumps. Our model TC240RAC-S module is a multifunction switch for residential and commercial applications. It includes a high-power, two-watt radio for our FlexNet® communication network. The radio allows two-way direct, tower-to-LCM communication with no need for pairing to a meter or other device. The Sensus Load Control Module provides value on top of any FlexNet system deployment and it can be used at any home or business. The TC240RAC-S is compact and hosts up to three control relays, including one 30 Amp 240VAC form "C" relay and two 1 Amp 24VAC relays. The form "C" relay can also be wired as a form "B" configuration for even more options. The relays operate based on the device classes selected in the software. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
| | The Load Control Module (LCM) is a demand response (DR) technology that enables electric utilities to shed load by controlling power to energy-intensive appliances, such as HVAC units, pool pumps, water heaters and irrigation pumps.<br><br>Our model TC240RAC-S module is a multifunction switch for residential and commercial applications. It includes a high-power, two-watt radio for our FlexNet® communication network. The radio allows two-way direct, tower-to-LCM communication with no need for pairing to a meter or other device. The Sensus Load Control Module provides value on top of any FlexNet system deployment and it can be used at any home or business.<br><br>The TC240RAC-S is compact and hosts up to three control relays, including one 30 Amp 240VAC form "C" relay and two 1 Amp 24VAC relays. The form "C" relay can also be wired as a form "B" configuration for even more options. The relays operate based on the device classes selected in the software.<br><br>Sensus, Load Control Module Summary at 1.<br><br>**Description**<br>The Sensus TC240RAC-S is a multi-function switch for use in residential and commercial applications. The TC240RAC-S includes a high power 2 watt FlexNet radio which allows direct tower to LCM two way communication with no need for pairing to a meter or other devices.<br><br>The Sensus LCM provides value on top of any FlexNet deployment and can be deployed on any home or business to control HVACs, pool pumps, water heaters and irrigation pumps.<br><br>The TC240RAC-S is compact and attractive, while hosting up to three control relays, including one 30 Amp 240 VAC form "C" relay and two each 1 Amp 24 VAC relays. The form "C" relay may also be wired as a form "B" configuration for even more installation options. The relays operate based on the selected device classes on the software application. This will trigger the 30 Amp and/or one or more 1 Amp relays.<br><br>(Shown without optional junction box)<br><br>Flexnet Load Control Module (LCM) Data Sheet. |

4

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| | <br><br>Sensus, Demand Response Demo. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| 1[c]. wherein the at least one controllable device is operably coupled to the at least one power consuming device; | The Accused Products embody a system comprising a controllable device that is specifically designed to be, and when installed for use in the ordinary course as instructed is, operably coupled to the power consuming device. *See* limitation 1[b], above.<br><br><br><br>The Load Control Module (LCM) is a demand response (DR) technology that enables electric utilities to shed load by controlling power to energy-intensive appliances, such as HVAC units, pool pumps, water heaters and irrigation pumps.<br><br>Our model TC240RAC-S module is a multifunction switch for residential and commercial applications. It includes a high-power, two-watt radio for our FlexNet® communication network. The radio allows two-way direct, tower-to-LCM communication with no need for pairing to a meter or other device. The Sensus Load Control Module provides value on top of any FlexNet system deployment and it can be used at any home or business.<br><br>The TC240RAC-S is compact and hosts up to three control relays, including one 30 Amp 240VAC form "C" relay and two 1 Amp 24VAC relays. The form "C" relay can also be wired as a form "B" configuration for even more options. The relays operate based on the device classes selected in the software.<br><br>Sensus, Load Control Module Summary at 1. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
| | 53965-537-00015<br>**FlexNet TC240RAC-S LCM**<br><br>**Description**<br>The Sensus TC240RAC-S is a multi-function switch for use in residential and commercial applications. The TC240RAC-S includes a high power 2 watt FlexNet radio which allows direct tower to LCM two way communication with no need for pairing to a meter or other devices.<br><br>The Sensus LCM provides value on top of any FlexNet deployment and can be deployed on any home or business to control HVACs, pool pumps, water heaters and irrigation pumps.<br><br>The TC240RAC-S is compact and attractive, while hosting up to three control relays, including one 30 Amp 240 VAC form "C" relay and two each 1 Amp 24 VAC relays. The form "C" relay may also be wired as a form "B" configuration for even more installation options. The relays operate based on the selected device classes on the software application. This will trigger the 30 Amp and/or one or more 1 Amp relays.<br><br>(Shown without optional junction box)<br><br>Flexnet Load Control Module (LCM) Data Sheet. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| | <br><br>Sensus, Demand Response Demo. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| 1[d]. wherein the at least one controllable device is operable to control a power flow from the electric power grid to the at least one power consuming device responsive to power control instructions from the at least one client device; | The Accused Products control a power flow (e.g., control power flow to HVAC unit according to demand response event specifications) to at least one power consuming device (e.g., HVAC unit, AC unit, furnace, boiler, pool pump, hot water heater, etc.). *See* limitations 1[a]-[c], above.<br><br>The Load Control Module (LCM) is a demand response (DR) technology that enables electric utilities to shed load by controlling power to energy-intensive appliances, such as HVAC units, pool pumps, water heaters and irrigation pumps.<br><br>Our model TC240RAC-S module is a multifunction switch for residential and commercial applications. It includes a high-power, two-watt radio for our FlexNet® communication network. The radio allows two-way direct, tower-to-LCM communication with no need for pairing to a meter or other device. The Sensus Load Control Module provides value on top of any FlexNet system deployment and it can be used at any home or business.<br><br>The TC240RAC-S is compact and hosts up to three control relays, including one 30 Amp 240VAC form "C" relay and two 1 Amp 24VAC relays. The form "C" relay can also be wired as a form "B" configuration for even more options. The relays operate based on the device classes selected in the software.<br><br>Sensus, Load Control Module Summary at 1. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
|         |  <br><br> 53965-537-00015 <br> **FlexNet TC240RAC-S LCM** <br><br> **Description** <br> The Sensus TC240RAC-S is a multi-function switch for use in residential and commercial applications. The TC240RAC-S includes a high power 2 watt FlexNet radio which allows direct tower to LCM two way communication with no need for pairing to a meter or other devices. <br><br> The Sensus LCM provides value on top of any FlexNet deployment and can be deployed on any home or business to control HVACs, pool pumps, water heaters and irrigation pumps. <br><br> The TC240RAC-S is compact and attractive, while hosting up to three control relays, including one 30 Amp 240 VAC form "C" relay and two each 1 Amp 24 VAC relays. The form "C" relay may also be wired as a form "B" configuration for even more installation options. <u>The relays operate based on the selected device classes on the software application. This will trigger the 30 Amp and/or one or more 1 Amp relays.</u> <br><br> (Shown without optional junction box) <br><br> Flexnet Load Control Module (LCM) Data Sheet. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
|         | <br><br>Sensus, Demand Response Demo. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| 1[e]. wherein the at least one power consuming device has an actual value of power reduced based on revenue grade metrology, and confirmed by measurement and verification; and | When the Accused Products control the flow of power to a power consuming device, there is an actual value of power reduced. The Accused Products and the Xylem network platform that operates with the Accused Products both generate measurement and verification data based upon a reduction in consumed power. *See* limitation 1[a], above.<br><br><br><br>Sensus, Introduction to Electric Device Manager; *see also* https://sensus-training.com/Flexnet_Introductory_Series/expanded_4.1/Introduction_4.1/05_Introduction_to_Electric_Device_Manager_4.1/presentation_html5.html (last visited July 22, 2021). |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
| |  The Load Control Module (LCM) is a demand response (DR) technology that enables electric utilities to shed load by controlling power to energy-intensive appliances, such as HVAC units, pool pumps, water heaters and irrigation pumps.<br><br>Our model TC240RAC-S module is a multifunction switch for residential and commercial applications. It includes a high-power, two-watt radio for our FlexNet® communication network. The radio allows two-way direct, tower-to-LCM communication with no need for pairing to a meter or other device. The Sensus Load Control Module provides value on top of any FlexNet system deployment and it can be used at any home or business.<br><br>The TC240RAC-S is compact and hosts up to three control relays, including one 30 Amp 240VAC form "C" relay and two 1 Amp 24VAC relays. The form "C" relay can also be wired as a form "B" configuration for even more options. The relays operate based on the device classes selected in the software.<br><br>Sensus, Load Control Module Summary at 1-2. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| |  Sensus, Smart Gas Analytics. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| |  Sensus, Conservation Voltage Reduction at 1. |

15

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
|  | **What Right Size Voltage Means to You**<br><br>Sensus has developed a CVR solution that allows utilities to reduce their system demand during peak events. The ability to see voltage data and make adjustments in real time gives you unprecedented accuracy and control.<br><br>You can:<br><br>- Monitor and manage real-time voltage data using metrology, communications and analytics.<br>- Measure and optimize voltage across your entire distribution network from substations to homes and businesses.<br>- Ensure the proper level of service voltage is delivered to your customers.<br>- Reduce overall energy usage for your utility system through right size voltage.<br>- Save money with less need for in-house generation (larger utilities) or for purchased power (smaller utilities).<br><br>**Voltage Levels Backgrounder**<br><br>The nominal voltage for a residential home in the U.S. is 120 volts with an acceptable variation of +/- 5 percent (+/- 6 volts). Therefore a range between 114-126 volts is considered 'good' power supply.<br><br>Distribution feeders are supplied from the utility's electric substations. Voltage regulation is often managed through regulators located in the substations or out on the feeders. Impedance settings in the regulator controllers help correct the adjusted voltage on the feeder. This approach typically results in higher voltages at the beginning of the feeder and lower ones along the feeder as voltage drop occurs along the distribution lines (Figure 1).<br><br>Sensus, CVR Solution Brief at 1. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
| | **How it Works**<br><br>The Sensus FlexNet® communication network uses voltage data from electricity meters working together as a feedback loop of actual values. The voltage information is measured in two ways. First, all of the meters on the feeder can be programmed to send voltage data into Sensus' head-end software (as part of their normal billing read). Second, Sensus meters have the added capability of calculating a one-minute average of voltage and frequently reporting those detailed values. These act as bellwether meters—1 to 2 percent of the electricity meters spread out over the distribution system. The combined approach provides additional voltage resolution for improved accuracy.<br><br>Utilities use the voltage data to identify which feeders are running with lower or higher voltage and can be adjusted. The data may also indicate which feeders are the best candidates for further CVR load reduction.  *Figure 2: Adjusted voltage drop using line regulator*<br><br>Sensus, CVR Solution Brief at 2. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| |  Sensus, CVR Solution Brief at 2.<br><br>Sensus, Conservation Voltage reduction. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| 1[f]. wherein the actual value of power reduced is a curtailment value as supply equivalence and provides operating reserve for the electric power grid. | The Accused Products achieve a power reduction in conjunction with demand response programs, and the power reduction achieved provides operating reserves for the electric power grid. See limitations 1[a] and 1[e], above.<br><br><br><br>Sensus, Introduction to Electric Device Manager; *see also* https://sensus-training.com/Flexnet_Introductory_Series/expanded_4.1/Introduction_4.1/05_Introduction_to_Electric_Device_Manager_4.1/presentation_html5.html (last visited July 22, 2021). |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| |  The Load Control Module (LCM) is a demand response (DR) technology that enables electric utilities to shed load by controlling power to energy-intensive appliances, such as HVAC units, pool pumps, water heaters and irrigation pumps.<br><br>Our model TC240RAC-S module is a multifunction switch for residential and commercial applications. It includes a high-power, two-watt radio for our FlexNet® communication network. The radio allows two-way direct, tower-to-LCM communication with no need for pairing to a meter or other device. The Sensus Load Control Module provides value on top of any FlexNet system deployment and it can be used at any home or business.<br><br>The TC240RAC-S is compact and hosts up to three control relays, including one 30 Amp 240VAC form "C" relay and two 1 Amp 24VAC relays. The form "C" relay can also be wired as a form "B" configuration for even more options. The relays operate based on the device classes selected in the software.<br><br>Sensus, Load Control Module Summary at 1-2. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| | <br><br>Sensus, Smart Gas Analytics. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---|---|
| | # Optimize Your Grid with the Right Size Voltage<br><br>Reliable power service is a top priority for you and your customers. So is a balanced and efficient system. Particularly during peak loads. By reducing strain on the grid and energy usage during peak events, you not only ensure adequate power generation—you can save money. That's why we developed the Conservation Voltage Reduction (CVR) solution.<br><br>Our CVR solution uses metrology, communications and analytics to monitor and manage real-time voltage data. This gives you the ability to reduce and optimize voltage across the distribution lines from substations to homes and businesses. It also helps you measure and maintain right-size voltage. So you don't have to rely on outside power sources for supplementary energy or pay substantial spot-market pricing.<br><br>## How does Conservation Voltage Reduction work?<br><br>We place bellwether meters, such as the Sensus Stratus IQ™ electricity meter, on distribution feeders throughout the service territory. These meters measure voltage and send one minute average voltage data through the FlexNet® communication network. Our analytics software, Voltage Insight, receives the data every five minutes so you have granular visibility.<br><br>Sensus, Conservation Voltage Reduction at 1. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
|         | **What Right Size Voltage Means to You**<br><br>Sensus has developed a CVR solution that allows utilities to reduce their system demand during peak events. The ability to see voltage data and make adjustments in real time gives you unprecedented accuracy and control.<br><br>You can:<br><br>• Monitor and manage real-time voltage data using metrology, communications and analytics.<br>• Measure and optimize voltage across your entire distribution network from substations to homes and businesses.<br>• Ensure the proper level of service voltage is delivered to your customers.<br>• Reduce overall energy usage for your utility system through right size voltage.<br>• Save money with less need for in-house generation (larger utilities) or for purchased power (smaller utilities).<br><br>**Voltage Levels Backgrounder**<br><br>The nominal voltage for a residential home in the U.S. is 120 volts with an acceptable variation of +/- 5 percent (+/- 6 volts). Therefore a range between 114-126 volts is considered 'good' power supply.<br><br>Distribution feeders are supplied from the utility's electric substations. Voltage regulation is often managed through regulators located in the substations or out on the feeders. Impedance settings in the regulator controllers help correct the adjusted voltage on the feeder. This approach typically results in higher voltages at the beginning of the feeder and lower ones along the feeder as voltage drop occurs along the distribution lines (Figure 1).<br><br>Sensus, CVR Solution Brief at 1. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
|  | **How it Works**<br><br>The Sensus FlexNet® communication network uses voltage data from electricity meters working together as a feedback loop of actual values. The voltage information is measured in two ways. First, all of the meters on the feeder can be programmed to send voltage data into Sensus' head-end software (as part of their normal billing read). Second, Sensus meters have the added capability of calculating a one-minute average of voltage and frequently reporting those detailed values. These act as bellwether meters—1 to 2 percent of the electricity meters spread out over the distribution system. The combined approach provides additional voltage resolution for improved accuracy.<br><br>Utilities use the voltage data to identify which feeders are running with lower or higher voltage and can be adjusted. The data may also indicate which feeders are the best candidates for further CVR load reduction.<br><br><br>Figure 2: Adjusted voltage drop using line regulator<br><br>Sensus, CVR Solution Brief at 2. |

**Ex. 8 - Claim Chart Showing Infringement of U.S. Pat. No. 10,396,592 by Xylem**

| Element | Accused Products |
|---------|------------------|
| | <br><br>Sensus, CVR Solution Brief at 2.<br><br>Sensus, Conservation Voltage reduction. |

25